| | | | | |
|---|---|---|---|---|
| Lorenzo–Diego v. State .......... | 09A02–1612–CR–2830 | 05/31/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Moody v. State ................. | 49A05–1611–CR–2487 | 05/31/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Frye v. State ................... | 89A05–1701–PC–18 | 05/31/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Hesiben v. State ............... | 71A04–1609–CR–2222 | 05/31/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Rhea v. Rhea .................. | 49A02–1611–DR–2572 | 05/31/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Anderson v. State .............. | 46A03–1701–CR–108 | 05/31/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Cody v. State .................. | 49A05–1612–CR–2681 | 05/31/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Butler v. State ................. | 49A02–1610–CR–2415 | 05/31/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Doss v. Indiana Department of Child Services ............... | 87A04–1609–PL–2095 | 05/31/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Seeley v. State ................. | 21A05–1607–PC–1548 | 05/31/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Catholic Diocese of Gary v. Crawley ......................... | 45A04–1610–PL–2342 | 05/31/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Reversed<br>Concurs<br>Concurs in result without opinion |